# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. ANDERSON, | Civil 09-2091 (JRT/SRN) |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendant. | |

Edward Olson, **ATTORNEY AT LAW**, 331 Second Avenue South, Suite 420, Minneapolis, MN 55401, for plaintiff.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Susan Richard Nelson dated June 15, 2010, all the files and records, and no objections having been filed to said Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED**; and

2. Defendant's Motion for Summary Judgment (Doc. No. 16) is **GRANTED**.

Dated: July 9, 2010
at Minneapolis, Minnesota

     s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge